1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  PATRICK WILLIAM SNYDER, CSBN 260690
   Special Assistant United States Attorney
5     160 Spear Street, Suite 800
6     San Francisco, California 94105
      Telephone:  (415) 977-8927
7     Facsimile:  (415) 744-0134
      E-Mail: Patrick.Snyder@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA ROSE HERNANDEZ, | CIVIL NO. 2:14-cv-02246-AC |
| Plaintiff, | **~~PROPOSED~~ ORDER AND STIPULATION FOR COMMISSIONER'S EXTENSION** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's motion for summary judgment.  Defendant's response is currently due April 20, 2015.  Defendant is unable to finish within the current time due to a family funeral which required leave last month, work related to the completion and reassignment of most of the undersigned's cases, and a new detail the undersigned has been assigned. Upon issuance of this

order, Defendant will have until May 20, 2015 to file the response with all other dates extended accordingly. This is Defendant's first extension request.

                                        Respectfully submitted,

Dated: April 14, 2015                BENJAMIN B. WAGNER
                                      United States Attorney
                                        DONNA L. CALVERT
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                  By:    /s/ *Patrick William Snyder*
                                        PATRICK WILLIAM SNYDER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

Dated: April 15, 2015

                                        /s/ *Wade Askew (authorized via email)*
                                        WADE ASKEW
                                        Staff Attorney, Legal Services of Northern California
                                        Attorney for Plaintiff

                                        <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: April 17, 2015

                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE